UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARON M. CAMP, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08CV0022 AGF |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees at the rate of $171.53 per hour for 14.75 hours, for a total of $2,530.07 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Plaintiff's request for court costs in the amount of $350. Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for disability insurance benefits and supplemental security Income. Her request for fees is supported by appropriate documentation and the Commissioner states that he does not object to Plaintiff's application for fees nor to the amount Plaintiff has requested. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees and court costs is **GRANTED** in the amount of $2,880.07, to be paid directly to Plaintiff's attorney. [Doc. #17]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of April, 2009.