UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARON M. CAMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV0022 AGF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's motion to alter or amend this Court's Order dated April 8, 2009, is **GRANTED**, such that said Order is amended to provide that Plaintiff is awarded attorney's fees in the amount of $2,530.07 to be paid directly to Plaintiff's attorney, and shall be reimbursed separately for the filing fee of $350 be paid to Plaintiff's attorney from the Judgment Fund of the United States Treasury. [Doc. #21]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 15th day of April, 2009